UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>MATTHEW EVANS, an individual,<br><br>            Defendant.<br>_____/ | 1:06-cv-01745-AWI-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 17)<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** (Doc. 11)<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR PLAINTIFF AGAINST DEFENDANT**<br><br>**ORDER DIRECTING CLERK TO SERVE DEFENDANT BY MAIL** |

Plaintiff is proceeding with a civil action in this Court. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

On October 17, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed October 17, 2007, are ADOPTED IN FULL;

2. Plaintiff's motion for default judgment, filed August 20, 2007, is GRANTED;

3. The Clerk of Court enter judgment in favor of Plaintiff, Microsoft Corporation, and against Defendant, Matthew Evans, in the amount of $110,000.00 in statutory damages and $3,402.90 in attorney's fees;

4. The Clerk of Court enter a judgment in favor of Plaintiff, Microsoft Corporation, and against Defendant, Matthew Evans, that enjoins Defendant, Matthew Evans, his agents, servants, employees, representatives, successors, and assigns, and all those persons or entities acting in concert or participation with him, to be permanently enjoined and restrained from:

    A.  imitating, copying, or making any other infringing use or infringing distribution of the Microsoft Windows XP Professional (Windows XP Pro) software package and operating system, including reference manuals, user's guides, and screen displays, protected by Microsoft's copyright number TX 5-407-055;

    B.  imitating, copying, or making any other infringing use or infringing distribution of the matters covered by

1  registered trademarks and service mark, including the following:
2  "MICROSOFT," Trademark and Service Mark Registration No.
3  1,200,236, for computer programs and computer programming
4  services; "MICROSOFT," Trademark Registration No. 1,256,083, for
5  computer hardware and software manuals, newsletters, and computer
6  documentation, including reference, user, instructional, and
7  general utilities manuals and data sheets for computer hardware
8  and software users; "WINDOWS," Trademark Registration No.
9  1,872,264, for computer programs and manuals sold as a unit; and
10 COLORED FLAG DESIGN, Trademark Registration No. 2,744,843, for
11 computer software; user manuals therefor sold as a unit
12 therewith; computers; computer hardware; computer application
13 programs; computer peripherals; computer mice and pointing
14 devices; DVD players; digital cellular phones; blank smart cards;
15 communication servers and computer application and operating
16 system programs for use therewith; video game machines and
17 operating system software for use therewith and in playing
18 electronic games; computer keyboards; computer and video game
19 joysticks; and video game interactive control floor pads;
20          C.   manufacturing, assembling, producing,
21 distributing, offering for distribution, circulating, selling,
22 offering for sale, advertising, importing, promoting, or
23 displaying any item or thing included in the matters listed in
24 paragraph B. above and bearing any simulation, reproduction,
25 counterfeit, copy, or colorable imitation of any of Microsoft's
26 registered trademarks or service mark listed in paragraph B.
27 above;
28 //

1    D.   using any simulation, reproduction, counterfeit,
2 copy, or colorable imitation of any thing covered by Microsoft's
3 registered trademarks or service mark listed in paragraph B.
4 above, in connection with the manufacture, distribution, offering
5 for distribution, sale, offering for sale, advertisement,
6 promotion, or display of any software, component, end user
7 license agreement, certificate of authenticity, or other item or
8 thing not authorized or licensed by Microsoft;
9    E.   using any false designation of origin or false
10 description which can or is likely to lead the trade or public or
11 individuals erroneously to believe that any software, component,
12 end user license agreement, certificate of authenticity, or other
13 item or thing has been manufactured, produced, distributed,
14 offered for distribution, advertised, promoted, displayed,
15 licensed, sponsored, approved, or authorized by or for Microsoft,
16 when such is not true in fact;
17    F.   using the names or logos of any of Microsoft's
18 copyright and/or trademark-protected software programs in any of
19 Defendant's trade or corporate names;
20    G.   engaging in any other activity constituting an
21 infringement of any of Microsoft's trademarks, service mark
22 and/or copyrights, or of Microsoft's rights in, or right to use
23 or to exploit these trademarks, service mark, and/or copyrights,
24 or constituting any dilution of Microsoft's name, reputation, or
25 goodwill; and,
26    H.   assisting, aiding, or abetting any other person or
27 business entity in engaging in or performing any of the
28 activities referred to in paragraphs numbered 1-8 above.

5.   The Clerk of Court serve a copy of this order by mail on Defendant, Matthew Evans, at 5900 Chancellor Way, Riverbank, CA 95367.

IT IS SO ORDERED.

**Dated:   November 27, 2007**            /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE